No. 95-1556 (A-825). CALIFORRNIAA *v.* CLINTON, PRESIDENT OF THE UNITED STATES. C. A. 9th Cir. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied. Certiorari before judgment denied.

No. 95-1566. CRANE VESSEL TITAN 5, IN REM AND ITS CLAIMANT, FAR EASTERN MARINE EXPLORATION DRILLING CO. *v.* ENTRON, LTD., ET AL. C. A. 5th Cir. Motions of Chernomorneftegaz and Maritime Law Association of the United States for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 95-7782. LEWIS *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 8th Cir. Motion of petitioner to amend petition for writ of certiorari denied. Certiorari denied.

No. 95-1031. GHENT *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL., 516 U. S. 1172;

No. 95-1213. DELOATCH *v.* HUGHES, *ante,* p. 1120;

No. 95-1252. MATES *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL., *ante,* p. 1105;

No. 95-6375. POURZANDVAKIL *v.* HUMPHREY, ATTORNEY GENERAL OF MINNESOTA, ET AL., 516 U. S. 1051;

No. 95-7083. BLACKSTON *v.* RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL., 516 U. S. 1125;

No. 95-7222. GORMAN *v.* MCANINCH, WARDEN, *ante,* p. 1106;

No. 95-7252. LAWSON *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 1106;

No. 95-7322. ECHOLS *v.* AMERICAN FORK INVESTORS ET AL., 516 U. S. 1161;

No. 95-7373. GUEST *v.* ILLINOIS, 516 U. S. 1176;

No. 95-7417. ARTEAGA *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 516 U. S. 1177;

No. 95-7464. STROWSKI *v.* BANK OF AMERICA, *ante,* p. 1106;

No. 95-7469. GUMM *v.* OHIO, 516 U. S. 1177;

No. 95-7478. RODRIGUEZ *v.* WOLF, JUDGE, DISTRICT COURT OF APPEAL OF FLORIDA, FIRST DISTRICT, ET AL., 516 U. S. 1178;

No. 95-7496. COVILLION *v.* NEW HAMPSHIRE ET AL., 516 U. S. 1178;

No. 95-7522. WATKIS *v.* WEST, SECRETARY OF THE ARMY, ET AL., 516 U. S. 1149;

No. 95–7538. IN RE LORENZ, 516 U. S. 1170;

No. 95–7564. SMIDDY v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1107;

No. 95–7605. NUSS v. OFFICE OF PERSONNEL MANAGEMENT, 516 U. S. 1163;

No. 95–7638. BENNETT v. TEXAS, *ante*, p. 1109;

No. 95–7658. RAMEY v. ASHLAND OIL, INC., *ante*, p. 1109;

No. 95–7712. SHERMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 516 U. S. 1180;

No. 95–7714. RODRIGUEZ v. FLORIDA, *ante*, p. 1123;

No. 95–7722. JOHNSON v. WELBY ET AL., 516 U. S. 1180;

No. 95–7772. SMITH v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE, 516 U. S. 1180;

No. 95–7785. JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1124;

No. 95–7789. SUDRANSKI v. BROWN, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 1110;

No. 95–7878. STEPHENS v. CAIN, WARDEN, *ante*, p. 1143;

No. 95–7881. GUZMAN ZAYAS v. BROWN, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 1124;

No. 95–7934. WALLACE v. SMITH, WARDEN, ET AL., 516 U. S. 1183;

No. 95–8120. BERGMANN v. MCCAUGHTRY, WARDEN, *ante*, p. 1126; and

No. 95–8164. TAMAKLOE v. UNITED STATES, *ante*, p. 1127. Petitions for rehearing denied.

No. 95–7637. MCDONALD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 516 U. S. 1179. Motion for leave to file petition for rehearing denied.

MAY 14, 1996

No. 95–638. BANKERS TRUST CO. v. PROCTER & GAMBLE CO. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.